November 20, 2009

Mr. Charles D. Olson
Haley & Olson, P.C.
510 N. Valley Mills Dr., Suite 600
Waco, TX 76710-6078
Mr. Michael C. Singley
Mundy and Singley, LLP
816 Congress Ave, Suite 1670
Austin, TX 78701

RE: Case Number: 08-0121
 Court of Appeals Number: 10-07-00123-CV
 Trial Court Number: 2005-360-1

Style: CITY OF WACO
 v.
 DEBRA KIRWAN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF
 BRAD MCGEHEE, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Sharri Roessler|
| | |
| |Ms. Karen Matkin |
| |Ms. Danica Lynn |
| |Milios |
| |Mr. Ramon G. Viada |
| |III |
| |Mr. David S. |
| |Morales |